UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

VIRICE WEBB, individually and on behalf of all others similarly situated,

                Plaintiffs,

    -against-

HUNGRY MARKETPLACE, INC.

                Defendant.

-----------------------------------------------X

Case 1:21-cv-00083-EK-MMH

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**WHEREAS,** Plaintiff Virice Webb filed a Complaint, which asserts claims under the federal Fair Labor Standards Act ("FLSA") and the New York State Labor Law ("NYLL");

**WHEREAS,** the Parties reached an agreement to resolve this case and Plaintiff's claims through arm's-length negotiations and have entered into a Settlement Agreement (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of a *bona fide* dispute over a provision or provisions of the FLSA and/or payment of wages; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this case be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: Dec\_\_\_\_, 2021

| | |
|---|---|
| LAW OFFICE OF<br>CHRISTOPHER Q. DAVIS<br>*Attorneys for Plaintiff*<br><br>By: _____ 03/14/22<br>Christopher Q. Davis, Esq.<br>Hajar Hasani, Esq.<br>80 Broad Street, Suite 703<br>New York, NY 10004<br>(646) 430-7930 | GORDON REES<br>SCULLY MANSUKHANI, LLP<br>*Attorneys for Defendant*<br><br>By: /s/ David J. Grech (03/13/2022)<br>David J. Grech, Esq.<br>Francis J. Giambalvo, Esq.<br>One Battery Park Plaza, 28th Floor<br>New York, NY 10004<br>(212) 269-5500 |

SO ORDERED:

Dated: _____, 2021

_____

Hon. _____